IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| CHARLIE BRANNER, JR., | ) |
| Petitioner, | ) ) ) |
| v. | ) CV 124-119 |
| VERONICA STEWART, Warden, | ) ) ) |
| Respondent. | ) |

**O R D E R**

The above-captioned petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, challenges a judgment of conviction entered in the Superior Court of Tift County, which is located in the Middle District of Georgia. It is the practice of this Court to transfer an action attacking a conviction to the District in which the original criminal proceedings were conducted. See 28 U.S.C. § 2241(d). Therefore, the Court **ORDERS** the transfer of this action to the United States District Court for the Middle District of Georgia, Valdosta Division. The Court **DIRECTS** the Clerk to immediately forward the file to that District.

SO ORDERED this 31st day of July, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA