IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CHARLIE BRANNER, JR., | * |
| Petitioner, | * |
| v. | Case No. 7:24-cv-75 (WLS-ALS) |
| | * |
| WARDEN VERONICA STEWART, | |
| | * |
| Respondent. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated 1/12/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 12th day of January, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk